USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/16/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FRED ORTIZ,

                                        Plaintiff,                    25-CV-4305 (JAV) (KHP)

           -against-                        **ORDER ADJOURNING INITIAL**
                                                                           **CASE MANAGEMENT**
LYFT, INC.,                                                       **CONFERENCE**

                                       Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Stipulation of Remand filed on June 12, 2025 (doc. no 10) the Initial Case Management Conference currently scheduled for **August 11, 2025** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:      New York, New York
                   June 16, 2025

                                                                  _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge